

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

Attorneys for Defendant
Rostislav Goldenberg

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **TAGGED, INC.**, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**ROSTISLAV "ROSS" GOLDENBERG** and Does 1 through 200 as alter egos, affiliate spammers, programs, and fraudulently marketed websites,<br><br>Defendants. | Case No. 3:13-CV-02256-CRB<br><br>**DEFENDANT ROSTISLAV GOLDENBERG'S ANSWER TO COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Defendant Rostislav Goldenberg, in answer to the Complaint of Plaintiff Tagged, Inc., herein admits, denies, and avers as follows:

## INTRODUCTION

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 1 of the Complaint, and on that basis denies them.

2. Defendant denies the allegations in Paragraph 2 of the Complaint.

3. Paragraph 3 contains conclusions of law to which no response is required. Defendant denies any remaining allegations in Paragraph 3 of the Complaint.

4. Defendant denies that he engaged in any illegal activities. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 4 of the Complaint, and on that basis denies them.

## THE PARTIES

5. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 5 of the Complaint, and on that basis denies them.

6. Defendant admits that he resides in Brooklyn, New York. Defendant denies the remaining allegations in Paragraph 6 of the Complaint.

7. Defendant denies the allegations in Paragraph 7 of the Complaint.

8. Defendant denies the allegations in Paragraph 8 of the Complaint.

9. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 9 of the Complaint, and on that basis denies them.

## JURISDICTION AND VENUE

10. Paragraph 10 contains conclusions of law to which no response is required. Defendant denies that Plaintiff has alleged or can substantiate the necessary Article III causation or traceability for this Court to have subject matter jurisdiction, and thus, denies the allegations in Paragraph 10 of the Complaint.

11. Paragraph 11 contains conclusions of law to which no response is required. Defendant denies that Plaintiff has alleged or can substantiate the necessary Article III causation or traceability for this Court to have subject matter jurisdiction, and thus, denies the allegations in Paragraph 11 of the Complaint.

12. Paragraph 12 contains conclusions of law to which no response is required. Defendant denies any remaining allegations in Paragraph 12 of the Complaint.

13. Paragraph 13 contains conclusions of law to which no response is required. Defendant denies any remaining allegations in Paragraph 13 of the Complaint.

**INTRADISTRICT ASSIGNMENT**

14. Paragraph 14 contains conclusions of law to which no response is required. Defendant denies any remaining allegations in Paragraph 14 of the Complaint.

**FACTUAL BACKGROUND**

15. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 15 of the Complaint, and on that basis denies them.

16. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 16 of the Complaint, and on that basis denies them.

17. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 17 of the Complaint, and on that basis denies them.

18. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 18 of the Complaint, and on that basis denies them.

19. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 19 of the Complaint, and on that basis denies them.

20. Defendant is without knowledge or information sufficient to form a belief as

to the truth of the allegations of Paragraph 20 of the Complaint, and on that basis denies them.

21. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 21 of the Complaint, and on that basis denies them.

22. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 22 of the Complaint, and on that basis denies them.

23. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 23 of the Complaint, and on that basis denies them.

24. Defendant denies the allegations in Paragraph 24 of the Complaint.

25. Defendant denies the allegations in Paragraph 25 of the Complaint.

26. To the extent that Paragraph 26 of the Complaint alleges or implies that Defendant was involved or connected with the allegedly unlawful "spam messages" or the "various pornographic and/or adult dating websites," Defendant denies the allegations in Paragraph 26 of the Complaint. Defendant is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations of Paragraph 26 of the Complaint, and on that basis denies them.

27. To the extent that Paragraph 27 of the Complaint alleges or implies that Defendant was involved or connected with the alleged "fraudulently marketed websites," Defendant denies the allegations in Paragraph 27 of the Complaint. Defendant is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations of Paragraph 27 of the Complaint, and on that basis denies them.

28. To the extent that Paragraph 28 of the Complaint alleges or implies that Defendant was involved or connected with the alleged "websites," Defendant denies the allegations in Paragraph 28 of the Complaint. Defendant is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations of

1 Paragraph 28 of the Complaint, and on that basis denies them.

29. To the extent that Paragraph 29 of the Complaint alleges or implies that Defendant was involved or connected with the alleged "fraudulently marketed websites," Defendant denies the allegations in Paragraph 29 of the Complaint. Defendant is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations of Paragraph 29 of the Complaint, and on that basis denies them.

30. Defendant denies the allegations in Paragraph 30 of the Complaint.

31. Defendant denies the allegations in Paragraph 31 of the Complaint.

32. Defendant denies the allegations in Paragraph 32 of the Complaint.

33. Defendant denies the allegations in Paragraph 33 of the Complaint.

34. Defendant denies the allegations in Paragraph 34 of the Complaint.

35. Defendant denies the allegations in Paragraph 35 of the Complaint.

36. Defendant denies the allegations in Paragraph 36 of the Complaint, including any allegations contained in or represented by the diagram displayed under Paragraph 36.

37. Defendant denies the allegations in Paragraph 37 of the Complaint.

## FIRST CAUSE OF ACTION

**(Violation of Controlling the Assault of Non-Soliciting Pornography And Marketing Act, 15 U.S.C. §7701 *et seq.*)**

38. Defendant reincorporates by reference his responses to Paragraphs 1 through 37 as if fully set forth herein.

39. Paragraph 39 contains conclusions of law to which no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 39 of the Complaint, and on that basis denies them.

40. Defendant denies the allegations in Paragraph 40 of the Complaint.

41. Defendant denies the allegations in Paragraph 41 of the Complaint.

42. Defendant denies the allegations in Paragraph 42 of the Complaint.

43. Defendant denies the allegations in Paragraph 43 of the Complaint.

44. Defendant denies the allegations in Paragraph 44 of the Complaint.

45. Defendant denies the allegations in Paragraph 45 of the Complaint.

46. Defendant denies the allegations in Paragraph 46 of the Complaint.

47. Paragraph 47 contains conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations.

48. Paragraph 48 contains conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations.

49. Paragraph 49 contains conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations.

## SECOND CAUSE OF ACTION

### (Violation of Computer Fraud and Abuse Act, 18 U.S.C. §1030)

50. Defendant reincorporates by reference his responses to Paragraphs 1 through 49 as if fully set forth herein.

51. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 51 of the Complaint, and on that basis denies them.

52. Defendant denies the allegations in Paragraph 52 of the Complaint.

53. Defendant denies the allegations in Paragraph 53 of the Complaint.

54. Defendant denies the allegations in Paragraph 54 of the Complaint.

55. Defendant denies the allegations in Paragraph 55 of the Complaint.

56. Defendant denies the allegations in Paragraph 56 of the Complaint.

57. Paragraph 57 contains conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations.

## THIRD CAUSE OF ACTION

### (Violation of Cal. Bus. & Prof. Code §17529.5)

58. Defendant reincorporates by reference his responses to Paragraphs 1 through 57 as if fully set forth herein.

59. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 59 of the Complaint, and on that basis denies them.

60. Defendant denies the allegations in Paragraph 60 of the Complaint.

61. Paragraph 61 contains conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations.

62. Paragraph 62 contains conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations.

63. Defendant denies the allegations in Paragraph 63 of the Complaint.

64. Paragraph 62 contains conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations.

## FOURTH CAUSE OF ACTION

### (Violation of Cal. Penal Code §502)

65. Defendant reincorporates by reference his responses to Paragraphs 1 through 64 as if fully set forth herein.

66. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 66 of the Complaint, and on that basis denies them.

67. Defendant denies the allegations in Paragraph 67 of the Complaint.

68. Defendant denies the allegations in Paragraph 68 of the Complaint.

69. Defendant denies the allegations in Paragraph 69 of the Complaint.

70. Defendant denies the allegations in Paragraph 70 of the Complaint.

71. Defendant denies the allegations in Paragraph 71 of the Complaint.

72. Defendant denies the allegations in Paragraph 72 of the Complaint.

73. Defendant denies the allegations in Paragraph 73 of the Complaint.

74. Defendant denies the allegations in Paragraph 74 of the Complaint.

## FIFTH CAUSE OF ACTION

### (Fraud and Deceit)

75. Defendant reincorporates by reference his responses to Paragraphs 1 through 74 as if fully set forth herein.

76. Defendant denies the allegations in Paragraph 76 of the Complaint.

77. Defendant denies the allegations in Paragraph 77 of the Complaint.

78. Defendant denies the allegations in Paragraph 78 of the Complaint.

79. Defendant denies the allegations in Paragraph 79 of the Complaint.

80. Defendant denies the allegations in Paragraph 80 of the Complaint.

81. Defendant denies the allegations in Paragraph 81 of the Complaint.

82. Defendant denies the allegations in Paragraph 82 of the Complaint.

83. Defendant denies the allegations in Paragraph 83 of the Complaint.

84. Defendant denies the allegations in Paragraph 84 of the Complaint.

## SIXTH CAUSE OF ACTION

### (Violation of Cal. Bus & Prof. Code §17200 *et seq.*)

85. Defendant reincorporates by reference his responses to Paragraphs 1 through 84 as if fully set forth herein.

86. Paragraph 86 contains conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations.

87. Paragraph 87 contains conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations.

## AFFIRMATIVE DEFENSES

Defendant hereby sets forth below his affirmative defenses. Each defense is asserted as to all causes of action unless otherwise noted. By setting forth these affirmative defenses, Defendant does not assume the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to Plaintiff. Moreover, nothing stated herein is intended or shall be construed as an acknowledgement that any particular issue or subject matter is relevant to Plaintiff's allegations.

## First Affirmative Defense

## (Lack of Subject Matter Jurisdiction/Lack of Article III Standing)

To demonstrate standing under Article III of the U.S. Constitution, a plaintiff must show a causal connection between the injury and the conduct complained of—*i.e.* the injury must be fairly traceable to the challenged action of the defendant, and not, the result of the independent action of some third party not before the court; and it must be likely, as opposed to merely speculative, that the injury will be redressed by a favorable decision. Where, as here, a plaintiff sues the wrong defendant, the plaintiff has no standing under the U.S. Constitution. Here, Plaintiff cannot show that Defendant has any connection to the alleged misconduct or to Plaintiff's alleged injury.

## Second Affirmative Defense

## (Lack of Personal Jurisdiction)

Defendant has no connection to California, let alone the sufficient minimum contacts with the State required to justify the Court's exercise of personal jurisdiction over Defendant.

## Additional Affirmative Defenses & Counterclaims

Defendant hereby gives notice that he intends to rely on any additional affirmative defenses that become available or apparent during discovery and thus reserves the right to amend his answer to assert such additional affirmative defenses. Defendant also reserves the right to amend his answer to include counterclaims against Plaintiff.

//
//
//



## PRAYER FOR RELIEF

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant prays that judgment be rendered in his favor and that Plaintiff take nothing on its claims, that Plaintiff's claims, and each of them, be dismissed in its entirety with prejudice, and that costs and attorneys' fees be awarded to Defendant.

Respectfully submitted,

DATED: August 6, 2013            **KRONENBERGER ROSENFELD, LLP**

By:   s/Jeffrey M. Rosenfeld
      Jeffrey M. Rosenfeld

Attorneys for Defendant Rostislav Goldenberg



## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Defendant respectfully demands that this action be tried to a jury of the maximum number allowable by law, on all issues so triable.

Respectfully submitted,

DATED: August 6, 2013          **KRONENBERGER ROSENFELD, LLP**

By:    s/Jeffrey M. Rosenfeld
        Jeffrey M. Rosenfeld

Attorneys for Defendant Rostislav Goldenberg