J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Greg A. Call, Esq. (SBN: 227588)
    call@braunhagey.com
Alfredo W. Amoedo, Esq. (SBN: 287901)
    amoedo@braunhagey.com
BRAUNHAGEY & BORDEN LLP
220 Sansome Street, 2nd Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR PLAINTIFF TAGGED, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TAGGED, INC., a Delaware corporation, | Case No. C 13-02256 CRB |
| PLAINTIFF, | **ORDER AND JOINT REQUEST TO CONTINUE APRIL 4, 2014 CASE MANAGEMENT CONFERENCE** |
| v. | |
| ROSTISLAV "ROSS" GOLDENBERG, MUNDO MEDIA, LTD., and Does 1 through 50 and 52 through 200 as alter egos, affiliate spammers, programs, and fraudulently marketed websites, | **Dep't:** Courtroom 6, 17th Floor<br>**Before:** Hon. Charles R. Breyer<br><br>**Compl. Filed:** May 16, 2013<br>**Amd. Compl. Filed:** December 10, 2013 |
| DEFENDANTS. | **Trial Date:** None |

WHEREAS, on May 16, 2013, Plaintiff Tagged, Inc. ("Plaintiff") filed the Complaint initiating this action and asserting various claims against Defendant Rostislav Goldenberg ("Goldenberg") including: (1) Violation of CAN-SPAM, 15 U.S.C. § 7701, *et seq.*; (2) Violation of CFAA, 18 U.S.C. § 1030; (3) Violation of Cal. Bus. & Prof. Code § 17529.5; (4) Violation of Cal. Penal Code § 502; (5) Fraud; and (6) Violation of Cal. Bus. & Prof. Code § 17200;

1  WHEREAS, on December 10, 2013, Plaintiff filed the First Amended Complaint, substituting for one of the named affiliate program Doe Defendants Mundo Media, Ltd. ("Mundo Media"), and asserting the same claims as those identified above;

WHEREAS, Mundo Media has yet to make an appearance in this action;

WHEREAS, Plaintiff and Goldenberg are engaged in confidential settlement negotiations; and

WHEREAS, Plaintiff and Goldenberg believe that in order to effectuate ongoing settlement negotiations, avoid unnecessary costs and fees, and preserve judicial resources, the Case Management Conference currently scheduled for April 4, 2014, should be postponed by at least 30 days, to May 5, 2014, or as soon thereafter as is convenient for the Court.

NOW THEREFORE, Plaintiff and Goldenberg respectfully request for the same foregoing reasons and pursuant to the Court's Standing Order No. 4, the Case Management Conference currently scheduled for April 4, 2014 be continued 30 days, until May 5, 2014, or any time thereafter subject to the convenience of the Court.

Dated:  March 28, 2014

Respectfully Submitted,

BRAUNHAGEY & BORDEN LLP

By:   /s/ *J. Noah Hagey*
          J. Noah Hagey

Attorneys for Plaintiff Tagged, Inc.

Dated:  March 28, 2014

KRONENBERGER ROSENFELD, LLP

By:   /s/ *Jeffrey M. Rosenfeld*
          Jeffrey M. Rosenfeld

Attorneys for Defendant Rostislav Goldenberg

**FILER'S ATTESTATION**

Pursuant to General Oder No. 45.X.B, counsel for Tagged, Inc. attests that concurrence in the filing of this document has been obtained from Jeffrey M. Rosenfeld, counsel for Defendant Rostislav Goldenberg.

Dated:  March 28, 2014                     BRAUNHAGEY & BORDEN LLP

                                           By:   /s/ *J. Noah Hagey*
                                                    J. Noah Hagey

                                           Attorneys for Plaintiff Tagged, Inc.

1  **ORDER**

2  The Court has considered the joint stipulation of the parties and finds good cause exists to
3  postpone the Case Management Conference currently scheduled for April 4, 2014 to May 9, 2014
4  @ 8:30a .m..

5  **IT IS SO ORDERED.**

7  Dated:   March 28, 2014

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(Seal of United States District Court, Northern District of California)