J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Greg A. Call, Esq. (SBN: 227588)
call@braunhagey.com
Alfredo W. Amoedo, Esq. (SBN: 287901)
amoedo@braunhagey.com
BRAUNHAGEY & BORDEN LLP
220 Sansome Street, 2nd Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR PLAINTIFF TAGGED, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TAGGED, INC., a Delaware corporation,<br><br>PLAINTIFF,<br><br>v.<br><br>ROSTISLAV "ROSS" GOLDENBERG, MUNDO MEDIA, LTD., and Does 1 through 50 and 52 through 200 as alter egos, affiliate spammers, programs, and fraudulently marketed websites,<br><br>DEFENDANTS. | Case No. C 13-02256 CRB<br><br>**ORDER AND JOINT REQUEST TO CONTINUE MAY 9, 2014 CASE MANAGEMENT CONFERENCE**<br><br>**Dep't:** Courtroom 6, 17th Floor<br>**Before:** Hon. Charles R. Breyer<br><br>**Compl. Filed:** May 16, 2013<br>**Amd. Compl.:** December 10, 2013<br>**2nd Amd. Compl.:** April 16, 2014<br>**Trial Date:** None |

WHEREAS, on May 16, 2013, Plaintiff Tagged, Inc. ("Plaintiff") filed the Complaint initiating this action and asserting various claims against Defendant Rostislav Goldenberg ("Goldenberg") including: (1) Violation of CAN-SPAM, 15 U.S.C. § 7701, *et seq.*; (2) Violation of CFAA, 18 U.S.C. § 1030; (3) Violation of Cal. Bus. & Prof. Code § 17529.5; (4) Violation of Cal. Penal Code § 502; (5) Fraud; and (6) Violation of Cal. Bus. & Prof. Code § 17200;

WHEREAS, on December 10, 2013, Plaintiff filed the First Amended Complaint, substituting for one of the named affiliate program Doe Defendants Mundo Media, Ltd. ("Mundo Media"), and asserting the same claims as those identified above;

WHEREAS, on April 16, 2014, Plaintiff filed the Second Amended Complaint, substituting for one of the Doe Defendants DG International, Ltd. ("DG"), and asserting the same claims as those identified above;

WHEREAS, Mundo Media has yet to make an appearance in this action;

WHEREAS, Plaintiff is in the process of serving DG;

WHEREAS, Plaintiff and Goldenberg have entered into a settlement agreement whereby Goldenberg has covenanted that he will refrain from accessing Tagged's website and systems, will refrain from engaging in any spamming activity as alleged in the complaints, and will assist Tagged in its investigation of the spamming attacks;

WHEREAS, Plaintiff has dismissed Goldenberg in his individual capacity without prejudice; and

WHEREAS, Plaintiff and Mundo Media are engaged in confidential settlement negotiations, and Plaintiff believes that in order to effectuate those negotiations, avoid unnecessary costs and fees, and preserve judicial resources, the Case Management Conference currently scheduled for May 9, 2014, should be postponed by at least 30 days, to June 9, 2014, or as soon thereafter as is convenient for the Court.

NOW THEREFORE, Plaintiff and Mundo Media respectfully request for the same foregoing reasons and pursuant to the Court's Standing Order No. 4, the Case Management Conference currently scheduled for May 9, 2014 be continued 30 days, until June 5, 2014, or any time thereafter subject to the convenience of the Court.

//

//

//

//

//

Dated: May 6, 2014

Respectfully Submitted,

BRAUNHAGEY & BORDEN LLP

By: /s/ *J. Noah Hagey*
J. Noah Hagey

Attorneys for Plaintiff Tagged, Inc.

Dated: May 6, 2014

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ *Brian M. Jazaeri*
Brian M. Jazaeri

Attorneys for Defendant Mundo Media, Ltd.

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), counsel for Plaintiff Tagged, Inc. attests that concurrence in the filing of this document has been obtained from Brian M. Jazaeri, counsel for Defendant Mundo Media.

Dated: May 6, 2014

BRAUNHAGEY & BORDEN LLP

By: /s/ *J. Noah Hagey*
J. Noah Hagey

Attorneys for Plaintiff Tagged, Inc.

**ORDER**

The Court has considered the joint stipulation of the parties and finds good cause exists to postpone the Case Management Conference currently scheduled for May 9, 2014 to June 6, 2014.

**IT IS SO ORDERED.**

Dated: May 5, 2014

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer

Charles R. Bre
Unit