**ORDER**

The Court has considered the joint stipulation of the parties and finds good cause exists to postpone the Case Management Conference currently scheduled for June 6, 2014 to July 25, 2014 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated:   June 2, 2014            By: _____
                                     Charles R. Breyer
                                     United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*United States District Court, Northern District of California*