**ORDER**

The Court has considered the joint stipulation of the parties and finds good cause exists to postpone the Case Management Conference currently scheduled for July 25, 2014 to August 15, 2014 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated:   June 6, 2014                              By: _____
                                                   Charles R. Breyer
                                                   United