1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2   Including Professional Corporations
   MOE KESHAVARZI, Cal. Bar No. 223759
3  JOHN M. LANDRY, Cal. Bar No. 194374
   ROBIN A. ACHEN, Cal. Bar No. 287033
4  333 South Hope Street, 43rd Floor
   Los Angeles, California 90071-1422
5  Telephone:    213.620.1780
   Facsimile:    213.620.1398
6  Email:        mkeshavarzi@sheppardmullin.com
                 jlandry@sheppardmullin.com
7                rachen@sheppardmullin.com

8  Attorneys for Defendant
   MUNDO MEDIA, LTD.
9

10                    UNITED STATES DISTRICT COURT

11         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12

13 | TAGGED, INC., a Delaware Corporation, | Case No. 3:13-CV-02256-CRB
14 | Plaintiff, | Hon. Charles R. Breyer
15 | v. | **ORDER RE STIPULATION TO CONTINUE DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT**
16 | MUNDO MEDIA, LTD., DG INTERNATIONAL, LTD., and Does 1 through 50, 52 through 100, and 102 through 200 as alter egos, affiliate spammers, programs, and websites, | 
   | | Judge: Hon. Charles R. Breyer
   | | Crtrm.: 6
19 | Defendant. |

Pursuant to the parties' stipulation, and for good cause shown, the Court hereby continues the date for the filing of a motion(s) for summary judgment or partial summary judgment from January 5, 2015 to March 6, 2015.  The Court hereby sets the following briefing schedule for the Oppositions and Reply briefs:  (1) Opposition briefs shall be due on April 15, 2015; and (2) Reply briefs shall be due on May 8, 2015.

**IT IS SO ORDERED**.

DATED:  November 26, 2014

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED — Judge Charles R. Breyer*