# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TAGGED, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MUNDO MEDIA, LTD., DG INTERNATIONAL, LTD., and Does 1 through 50, 52 through 100, and 102 through 200 as alter egos, affiliate spammers, programs, and websites,<br><br>Defendants. | Case No. 13-cv-02256 CRB (NC)<br><br>**ORDER SETTING HEARING ON DISCOVERY DISPUTES**<br><br>Re: Dkt. Nos. 95, 96 |

Pending before the Court are two joint statements of discovery disputes filed by plaintiff Tagged and defendant Mundo Media. Dkt. Nos. 95, 96. Discovery disputes in this case have been referred to the undersigned Magistrate Judge.

The Court will hold a telephonic hearing on these discovery matters on January 7, 2015, at 2:00 p.m. Counsel for the parties must contact the Courtroom Deputy at 408.535.5343 to provide a contact number for this appearance.

By January 2, 2015, Tagged and Mundo Media must each file a detailed proposed order specifying the relief requested on each of the issues raised in the joint statements that remain unresolved. Also by the same deadline, Tagged and Mundo Media must file an updated joint statement of their dispute regarding Tagged's redaction of certain documents.

*See* Dkt. No. 96 at 4-5.  If the redaction issue has not been resolved, and Tagged has made assertions of privilege that are challenged by Mundo Media, Tagged must file a privilege log for the documents at issue by the same deadline.  Also by the same deadline, Mundo Media must file (1) the declaration(s) and evidence to support the burden and expense issues referred to in Dkt. No. 95 n.2; and (2) a summary describing the parameters of Mundo Media's proposed "searches through the data using agreed-upon words" referred to in Dkt. No. 95 at 3.

IT IS SO ORDERED.

Date: December 19, 2014

Nathanael M. Cousins
United States Magistrate Judge