SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MOE KESHAVARZI, Cal. Bar No. 223759
JOHN M. LANDRY, Cal. Bar No. 194374
ROBIN A. ACHEN, Cal. Bar No. 287033
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:    213.620.1780
Facsimile:    213.620.1398
Email:        mkeshavarzi@sheppardmullin.com
              jlandry@sheppardmullin.com
              rachen@sheppardmullin.com

Attorneys for Defendant
MUNDO MEDIA, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TAGGED, INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>MUNDO MEDIA, LTD., DG INTERNATIONAL, LTD., and Does 1 through 50, 52 through 100, and 102 through 200 as alter egos, affiliate spammers, programs, and websites,<br><br>        Defendant. | Case No. 3:13-CV-02256-CRB<br><br>Hon. Charles R. Breyer, U.S. District Ct. Judge<br>Hon. Nathanael M. Cousins, Magistrate Judge<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

1  It is hereby stipulated and agreed by and between Plaintiff Tagged, Inc. ("Tagged")
2  and Defendant Mundo Media Ltd. ("Mundo Media") through their respective attorneys of
3  record, that Tagged hereby voluntarily dismisses the above-entitled action *with prejudice*
4  pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party will bear its own
5  attorneys' fees and costs.

8  **IT IS SO STIPULATED.**

10 Dated: February 9, 2015

11                             SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

13                         By      */s/ Moe Keshavarzi*
                                   MOE KESHAVARZI
14                                 JOHN LANDRY
                                   ROBIN A. ACHEN
15                                 Attorneys for Defendant
                                   MUNDO MEDIA, LTD.

17 Dated: February 9, 2015

18                             BRAUNHAGEY & BORDEN LLP

20                         By      */s/ Greg A. Call*
                                   J. NOAH HAGEY
21                                 GREG A. CALL
                                   ALFREDO W. AMOEDO
22                                 Attorneys for Plaintiff
                                   TAGGED, INC.

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: February 11, 2015

-1-